IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KAALA D. JONES                                                                PLAINTIFF

V.                                   4:21CV00205 JM

CITY OF CONWAY, ARKANSAS, et al.,                                DEFENDANTS

## ORDER OF DISMISSAL

Pursuant to the motion (ECF No. 28), this case is dismissed with prejudice due to settlement. The trial scheduled for November 7, 2022 is cancelled. The Clerk is directed to close the case.

IT IS SO ORDERED this 2nd day of August, 2022.

_____
James M. Moody Jr.
United States District Judge